Page 1 of 3

----- Forwarded Message -----
From: ian mannion <ian.mannion@nationalassemblers.com>

8/7/2012


EXHIBIT A

Page 2 of 3

To: joe.schneider@nationalassemblers.com
Sent: Thursday, May 17, 2012 11:58 PM
Subject: Fwd: Your Employment with National Assemblers

> Sent from my Samsung Captivate(tm) on AT&T
>
> -------- Original Message --------
> Subject: Fwd: Your Employment with National Assemblers
> From: German Salas <germansalas@yahoo.com>
> To: "assembleaustin@yahoo.com" <assembleaustin@yahoo.com>
> CC:
>
>
> Sent from my iPod
>
> Begin forwarded message:
>
> > From: "Andrew Frisch" <AFrisch@forthepeople.com>
> > Date: February 23, 2012 2:27:51 PM CST
> > To: "Kelly Romero x7413" <KRomero@forthepeople.com>
> > Subject: Your Employment with National Assemblers
> >
>
> >
> >
> > Greetings:
> >
> > My name is Andrew Frisch and I am a lawyer with the law firm of Morgan and Morgan. Don't worry, you are not in trouble! As you may have heard, our firm investigating National Assemblers regarding alleged violations of federal and state overtime laws. Specifically, our clients, who were/are Assemblers, allege that during their employment, they were not paid required overtime premiums when they worked in excess of 40 hours per week. Instead, our clients allege that National Assemblers violated the law because it paid them solely piece-rates, regardless of the amount of hours they worked each week.
> >
> > As part of our continuing investigation into these allegations, your name has been identified in public records as a former National Assemblers employee who may have personal knowledge of the allegations in this lawsuit. To be clear, the purpose of this email is not to solicit you to join this lawsuit or advertise our firm. Rather, we are contacting you to determine whether you have any knowledge of the allegations at issue so that we may conduct our full and complete investigation of the claims and the alleged violations at issue on a national level. To the extent you have any knowledge or information on these allegations in any way, we are asking that you

8/7/2012

voluntarily contact us to discuss same. You are under no obligation at all to respond to this email or contact us even if you have information and we will not email or contact you again. If, however, the class of employees that we currently represent gets certified as a class action, you may receive a court notice in the mail providing you with an opportunity to join this case. Again, whether you decide to do so will be entirely up to you.
>
> For your reference a copy of the Collective Action Complaint is attached
>
> Thank you for taking the time to read this email. If you have any information you would like to share, or simply need additional information from me before disclosing any information, please feel free to respond to this email and or email me at afrisch@forthepeople.com. Alternatively, my contact information is listed below if you prefer the telephone to written communications. Also, you may forward this email to anyone you believe would be interested in speaking to me regarding their employment or former employment as an Assembler at National Assemblers.
>
> Andrew R. Frisch
> Morgan & Morgan, P.A.
> 6824 Griffin Road
> Davie, FL 33314
> Phone: 954-318-0268
> Fax: 954-333-3515
> Toll-free: 1-888-OVERTIME
> Email: afrisch@forthepeople.com
>
> Check out my blog at http://flsaovertimelaw.com/
>
> To read more about the National Assemblers overtime case visit:
>
> http://www.prlog.org/11795758-assemblers-employed-by-national-assemblers-file-collective-action-seeking-unpaid-overtime-wages.html
>
>
> CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
> <Cooper v National Assemblers Complaint.pdf>

8/7/2012

# Overtime Law Blog | FLSA Decisions

## Cases

### Taco Bell Off-the-Clock Case (Shift Supervisors)

Sloan v. Taco Bell of America, LLC

Alicia Sloan, a former hourly paid Shift Supervisor, employed by Taco Bell, filed this lawsuit against Taco Bell of America, LLC challenging Taco Bell's policy of forcing hourly Shift Supervisor employees to work off-the-clock, thereby failing to pay such employees for all times worked resulting in minimum wage and overtime violations. The lawsuit is brought on behalf of current and/or former hourly Shift Supervisor employees of Taco Bell of America, LLC who have been, were, or are currently employed during the time period of 2009 through the present. The complaint alleges Taco Bell Shift Supervisor employees performed work and were not compensated for that time, including repeatedly working through 30 mandatory "breaks." Further, the complaint alleges that plaintiffs are entitled to overtime compensation at the rate of time and one-half for all hours worked over 40 hours in a week, to the extent that the uncompensated time would have brought them over 40 hours per week.

Based on our investigation, it appears that these off-the-clock violations were perpetrated on a systematic basis in all Taco Bell locations nationwide. Thus, the case is brought as a nationwide collective action, on behalf of all Shift Supervisors who were not paid for all of their hours of work in some or all weeks while employed by Taco Bell.

Notably, this is not the first time Taco Bell has faced these types of allegations. As the Huffington Post notes "[i]n a similar case in 1997, a court found Taco Bell guilty of failing to pay overtime to thousands of employees in Washington state. Four years later, workers in Oregon brought a successful class action suit against Taco Bell, making claims very similar to Alicia Sloan's -- that Taco Bell managers would tweak employees time cards and not pay them the overtime wages they were owed."

If you are an eligible Shift Supervisor or former Shift Supervisor who worked for Taco Bell within the last 3 years you may call (888) OVERTIME to learn more or click here.

---

### Hooper Holmes Overtime Lawsuits

Mildred Hoffler and Antonio Ornelas, two former Paramedical employees, employed by Hooper Holmes (also known as Portamedic) have filed lawsuits against Hooper Holmes challenging the legality of Hooper Holmes' policy whereby it does not pay its Paramedical Examiners, Insurance Examiners, Phlebotomists, and other similarly situated employees who perform insurance exams, overtime, when they work over forty (40) hours in a workweek. Hoffler and Ornelas allege that Hooper Holmes violated the Fair Labor Standards Act (FLSA) and continues to do so by not properly paying eligible examiners proper overtime compensation, for all hours worked in excess of 40 hours in a week. Instead, the lawsuit alleges that Hooper Holmes pays its examiners solely piece-rates (or by the appointment) and fails to pay them additional compensation for overtime premiums, as required by the FLSA when they work over 40 hours in a work week. The lawsuit is seeking back pay and liquidated damages from the Defendants, as well as costs and attorney's fees to compensate such eligible employees.

All Paramedical Examiners, Insurance Examiners, Phlebotomists and employees with similar duties who currently work for Hooper Holmes, Portamedic or their affiliates (anywhere in the United States) or worked for Hooper Holmes, Portamedic or their affiliates within the last three (3) years are eligible to join the case. If they worked over forty (40) hours in at least one workweek within the last three (3) years, but were not paid premium overtime pay for such overtime hours.

While some workers were/are treated as contractors and others as employees, our investigation indicates that all current and former workers should have properly been classified as "employees" under the law. Thus, the two cases are brought on behalf of so-called "contractors" (Ornelas) and "employees" (Hoffler), such that you may be entitled to pursue your claims for unpaid overtime, regardless of how Hooper Holmes may have classified you.

To learn more call (888)OVERTIME or click Overtime Lawyer

---

### National Assemblers Overtime Lawsuit

Cooper v. East Coast Assemblers, Inc.

Justin Cooper, an Assembler employed by National Assemblers has filed a lawsuit against National Assemblers challenging the legality of National Assemblers' policy, whereby it does not pay its Assemblers overtime, when they work over forty (40) hours in a workweek. Cooper alleges that National Assemblers violated the Fair Labor Standards Act (FLSA) and continues to do so by not properly paying eligible Assemblers proper overtime compensation, for all hours worked in excess of 40 hours in a week. Instead, the lawsuit alleges that National Assemblers pays its Assemblers solely piece rates and fails to pay them additional compensation for overtime premiums, as required by both the FLSA when they work over 40 hours in a work week. The lawsuit is seeking back pay and liquidated damages from the Defendants, as well as costs and attorney's fees to compensate such eligible employees.

All Assemblers who currently work for National Assemblers (anywhere in the United States) or worked for National Assemblers within the last three (3) years are eligible to join the case. If they worked over forty (40) hours in at least one workweek within the last three (3) years, but were not paid premium overtime pay for such overtime hours.

Follow
If you are an eligible Assembler or former Assembler interested in participating in the lawsuit, you may do so by completing and mailing the Consent to Join form OR faxing to (954)333-2515, along with a Contact Information Form. To learn more call (888)OVERTIME or

click Overtime Lawyer

----

### Dollar Tree Stores ASM Off-the-Clock Lawsuits

Young, et al v. Dollar Tree Stores, Inc.

Former hourly Assistant Store Manager (ASM) employees of Dollar Tree filed these related lawsuits against Dollar Tree Stores, Inc. challenging the Dollar Tree's policy of forcing hourly Assistant Store Manager employees to work off-the-clock thereby failing to pay such employees for all times worked, resulting in minimum wage and overtime violations. The lawsuits are brought on behalf of current and/or former hourly Assistant Store Manager employees of Dollar Tree Stores, Inc. who have been, were, or are currently employed during the time period of 2008 through the present. The complaint alleges Dollar Tree ASM employees performed work and were not compensated for that time, including running errands to the bank "off the clock" and repeatedly working through 30 mandatory "breaks." Further, the complaint alleges that plaintiffs are entitled to overtime compensation at the rate of time and one-half for all hours worked over 40 hours in a week, to the extent that the uncompensated time would have brought them over 40 hours per week.

Based on our investigation, it appears that these off-the-clock violations were perpetrated on a systematic basis in all Dollar Tree stores and Deal$ stores nationwide. Thus, the cases are brought as nationwide collective actions, on behalf of all Assistant Store Managers who were not paid for all of their hours of work in some or all weeks while employed by Dollar Tree.

If you are an eligible Assistant Store Manager or former Assistant Store Manager, interested in participating in the lawsuit, you may do so by completing and mailing the Dollar Tree Consent to Join form OR faxing to (954)333-3515, along with a Contact Information Form. To learn more call (888)OVERTIME or click here.

----

### Whitestone Group Security Officer Overtime Lawsuit

Goodwyn v. Whitestone Group

John Goodwyn, a Security Guard employed by Whitestone Group has filed a lawsuit against Whitestone Group challenging the legality of Whitestone Group's policy, whereby it does not pay its Security Guards overtime, when they work over forty (40) hours in a workweek. Goodwyn alleges that Whitestone violated the Fair Labor Standards Act (FLSA) and continues to do so by not properly paying eligible Security Guards proper overtime compensation, for all hours worked in excess of 40 hours in a week. Instead, the lawsuit alleges that when Security Guards work over 40 hours per week, they are paid straight time at their regular hourly rates, with no additional compensation for overtime premiums, as required by both the FLSA. The lawsuit is seeking back pay and liquidated damages from the Defendant, as well as costs and attorney's fees to compensate such eligible employees.

The Whitestone Group settled a similar lawsuit in Ohio that had been brought by the Department of Labor ("DOL"). Under the terms of the Consent Agreement reached between the DOL and Whitestone, to settle the prior case, Whitestone promised to abide by the Fair Labor Standards Act's overtime regulations. However, this lawsuit alleges that notwithstanding their prior agreement Whitestone has continued to flout the FLSA's requirements.

All Security Guards who currently work for Whitestone Group (anywhere in the United States) or worked for Whitestone within the last three (3) years are eligible to join the case. If they worked over forty (40) hours in at least one workweek within the last three (3) years, but were not paid premium overtime pay for such overtime hours.

If you are an eligible Security Guard, interested in participating in the lawsuit, you may do so by completing and mailing the Consent to Join form OR faxing to (954)333-3515, along with a Contact Information Form. To learn more call (888)OVERTIME or click Overtime Lawyer.

----

### RAB Communications Technician Overtime Lawsuit

Pridgen v. RAB Communications, Inc.

Alton Pridgen, a Technician employed by RAB Communications has filed a lawsuit against RAB Communications, challenging the legality of RABCOM's policy, whereby it does not pay its Technicians overtime, when they work over forty (40) hours in a workweek. Pridgen alleges that RABCOM violated the Fair Labor Standards Act (FLSA) and the New Jersey Wage and Hour Law (NJWHL) by not properly paying eligible Technicians proper overtime compensation, for all hours worked in excess of 40 hours in a week. Instead, the lawsuit alleges that when Technicians work over 40 hours per week, they are paid solely piece-rates, with no additional compensation for overtime premiums, as required by both the FLSA and the NJWHL. The lawsuit is seeking back pay and liquidated damages from the Defendant, as well as costs and attorney's fees to compensate such eligible employees.

All Technicians who currently work for RAB Communications (anywhere in the United States) or worked for RAB Communications within the last three (3) years are eligible to join the case. If they worked over forty (40) hours in at least one workweek within the last three (3) years, but were not paid premium overtime pay for such overtime hours.

If you are an eligible Technician, interested in participating in the lawsuit, you may do so by completing and mailing the Consent to Join form OR faxing to (954)333-3515, along with a Contact Information Form. To learn more call (888)OVERTIME or click Overtime Lawyer.

----

### AmSpec Inspector Overtime Case

Elliott v. AmSpec Services, L.L.C.

Jeromie Elliott, an Oil, Gas and Chemical Inspector ("Inspector") employed by AmSpec Services, L.L.C. filed a lawsuit against AmSpec challenging the legality of AmSpec's system of paying "Chinese Overtime" or half-time overtime compensation rather than time and a half

overtime. The Inspectors who have joined the case, allege that AmSpec violated the Fair Labor Standards Act (FLSA) by not properly paying eligible employees time and one-half, or overtime compensation, for all hours worked in excess of 40 hours in a week. Significantly, several of AmSpec's competitors, such as SGS, Intertek, and Camin Cargo, have already lost similar lawsuits, when courts determined that similar methods of paying half-time rather than time and a half were illegal. The lawsuit is seeking back pay and liquidated damages from the Defendant, as well as costs and attorney's fees to compensate such eligible employees.

All Inspectors who currently work for AmSpec, or worked for AmSpec within the last three (3) years are eligible to join the case. If they were paid "Chinese Overtime" or half-time in at least one work week within the last three (3) years.

If you are an eligible Inspector, interested in participating in the lawsuit, you may do so by completing and mailing the Consent to Join form OR faxing to (954)333-3515 along with a Contact Information Form. To learn more call (800)OVERTIME or click here.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Park Street Patio Bartender Overtime Wage and Hour Lawsuit

Zvrerin v. 533 Short North, LLC

Victoria Zwerin, a former Bartender employed by 533 Short North, LLC ("Park Street Patio") and its ownership team, filed a lawsuit against Park Street Patio challenging the legality of Park Street Patio's tip pool and its related failure to pay Bartenders for all hours worked, resulting in minimum wage and overtime violations. The Bartenders allege that Park Street Patio violated the Fair Labor Standards Act (FLSA) and Ohio law by including employees who are not typically tipped (management) in the tip pool and forcing tipped Bartenders to tip out such non-tipped employees. Such a tip pool arrangement is illegal, and if proven, would result in an award of full minimum wages for all hours worked, as well as overtime wages for hours worked, but not recorded, for Bartenders.

Based on our investigation, it appears that the ownership team, which owns Park Street Patio, Park Street Saloon, Park Street Cantina, Social, among others, requires all Bartenders to contribute into one common illegal tip pool, covering all of their bars, with management from all of the bars taking tips from the tipped Bartenders.

Therefore, all Bartenders who currently work for Park Street Patio, Park Street Saloon, Park Street Cantina, Social, or worked for them within the last three (3) years are eligible to join the case.

If you are an eligible Bartender, interested in participating in the lawsuit, you may do so by completing and mailing the Park Street Consent to Join form OR faxing to (954)333-3515 along with a Contact Information Form. To learn more call (800)OVERTIME or click here.

Read more about the case at the Columbus Dispatch website.

Share this:
  StumbleUpon
  LinkedIn
  Digg
  Reddit
  Email
  Twitter
  Facebook 5
      0
  Print

Follow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUSTIN COOPER,

    Plaintiff,

v.                                 CIVIL ACTION NO.: 1:12-cv-20501-FAM

EAST COAST ASSEMBLERS, INC.,
et al.,

    Defendants
_____/

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN, P.A.

- I _____, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendants and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, and understand I will be bound be such decisions;
- I agree to be represented by Morgan & Morgan, P.A., counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: _____

Signature: _____

## PLEASE COMPLETE AND RETURN!

## CONTACT INFORMATION
[Please print legibly/ Porfavor escriba legiblemente]

Name/ Nombre: _____

Address/
Direccion:_____

City, State, Zip Code/
Cuidad, Estado, Codido Postal _____

Home Phone Number/ Numero de Telefono de su
casa:_____

Cell Number/ Numero de cellular:_____

Fax Number/ Numero de Fax:_____

Name and Number of *secondary person* we can contact you at/
Nombre y Numero de telefono de otra persona para poder
contactarlos:
_____

E-mail address/ Direccion de correo
electronico:_____

What is the best time to contact you?/ Cual es la mejor hora para
contactarlos?:
_____

What county is the company you worked in at?/ En que
ciudad esta la compania que usted quiere meter la demanda?
_____

IF YOU CHANGE YOUR ADDRESS OR PHONE NUMBER IT IS **VERY
IMPORTANT** FOR YOU TO CALL US TO UPDATE YOUR RECORDS IN
OUR SYSTEM. THANK YOU

SI USTED CAMBIA SU DIRECCION O NUMERO DE TELELFONO ES
**MUY IMPORTANTE** QUE NOS LLAME PARA CAMBIAR SU
INFORMACION EN NUESTRO SISTEMA. GRACIAS

Free Consult - Florida Overtime Lawyer | FLSA | Fair Labor Standards | Overtime Pay La....  Page 1 of 2



Free Consult - Florida Overtime Lawyer | FLSA | Fair Labor Standards | Overtime Pay La    Page 2 of 2

One Tampa City Center
Tampa, Florida

Fort Myers, Florida
12800 University Drive
Fort Myers, Florida

Orlando, Florida
20 N. Orange Avenue
Orlando, Florida 32809

Jacksonville, Florida
76 S. Laura Street
Jacksonville, Florida 32202

St. Petersburg, Florida
695 Central Avenue
St. Petersburg, Florida 33701

**NEW YORK LOCATION**

New York, New York
5 Penn Plaza, 23rd Floor
New York, New York 10001

Websites: Overtime-Advocate.com
Labor-Overtime.com

Blog: Overtime Law Blog

**Call us at (888)OVERTIME today**
(888-683-7846)

In addition to our aggressive overtime lawyers throughout Florida, we also work with aggressive overtime lawyers in all 50 states nationwide. We have relationships with Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming overtime lawyers.

Independent Contractors  Employees  IT Overtime  Nurse Wages  First Responders  Tipped Employees  Meal Breaks  Exempt Employees  Work Hours  Comp Time  Wage & Hour Links  Employee Rights

THE HIRING OF A LAWYER IS AN IMPORTANT DECISION THAT SHOULD NOT BE BASED SOLELY UPON ADVERTISEMENT. BEFORE YOU DECIDE, ASK THE ATTORNEY TO SEND YOU FREE WRITTEN INFORMATION ABOUT QUALIFICATIONS AND EXPERIENCE. Copyright © 2007-2012. All rights reserved. Andrew R. Frisch, Florida Overtime Lawyer.

Assemblers Employed by National Assemblers File Collective Action Seeking Unpaid O... Page 1 of 2



| Tags | : National Assemblers Overtime, National Assemblers Wage Lawsuit, National Assemblers, National Assemblers Class Action |
|---|---|
| Last Updated | : Feb 10, 2012 |
| Shortcut | : http://prlog.org/11795758 |

Disclaimer: Issuers of the press releases are solely responsible for the content of their press releases. PRLog can't be held liable for the content posted by others. Report Abuse

### Latest Press Releases By "Morgan & Morgan"

- Paramedical Examiners Employed by Hooper Holmes File Collective Action Seeking Unpaid Overtime Wages

More

### Upcoming Press Releases...

- New author Merrie Richfield pens first novel MR. BREEZE on hope and mankind's fate
- NetCom Learning launches new AutoCAD 2013 courses
- Reliance Globalcom announces availability of 10G LAN PHY services across its network globally
- Big Box Retailer Selects Lx Retail from Lucernex For Its Store Life Cycle Management Solution
- CICS Puts a Stamp on Credibility with its New Assurance Marks

Morgan & Morgan Law Firm  Get the Help and Power of our Firm on Your Side  For the People  www.forthepeople.com
Settling Debt-Who's Best?  Best 3 Debt Settlement Companies BBB A+ Ratings - Unbiased Reviews  EnfaqundDebtContentials
Ask an Employment Lawyer  A Lawyer Will Answer You Now! Questions Answered Every 9 Seconds  JustAnswer.com/Employ
Florida Overtime Attorney  Call 800-995-WAGE  Recover Your Wages and Protect Your Legal Right  www.OnlineAdChoices

Sitemap | Privacy Policy | Terms of Service | Copyright Notice | About | Advertise

Like PRLog?
36K   12K   17K