UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80995-CIV-MARRA

JUSTIN COOPER, on behalf of himself and
those similarly situated,

    Plaintiff,
v.

EAST COAST ASSEMBLERS, INC., a
foreign profit corporation, and GLENN
SCHNEIDER, Individually,

    Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

For the reasons stated the Report and Recommendation of the Magistrate Judge (DE 224), to which no objection was filed, and on independent de novo review of the file, it is **ORDERED AND ADJUDGED** as follows:

1. The Court hereby adopts and affirms the Report and Recommendation of the Magistrate Judge. Defendants' Motion for Contempt, Sanctions and Renewed Motion to Dismiss Claims of Opt-In Plaintiffs who Failed to Respond to Defendants' Discovery (DE 203) is **GRANTED IN PART AND DENIED IN PART**.

2. The claims of the 46 opt-in Plaintiffs listed on pages 2 through 4 of the Report and Recommendation (DE 224 at 2-4) are **DISMISSED WITHOUT PREJUDICE**. The claims of the 8 opt-in Plaintiffs listed in footnote 2 of the Report and Recommendation (DE 224 at 4 n.2) are not dismissed.

3.      Defendants' request for attorneys fees is **DENIED**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of January, 2015.

_____
KENNETH A. MARRA
United States District Judge