UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80995-CIV-MARRA/MATTHEWMAN

JUSTIN COOPER, on behalf of
himself and others similarly-situated,

      Plaintiffs,

vs.

EAST COAST ASSEMBLERS, INC., a
foreign profit corporation, and
GLENN SCHNEIDER, individually,

      Defendants.
_____/

## STATUS REPORT

COMES NOW, Plaintiff, JUSTIN COOPER ("Plaintiff"), and files this Status Report regarding the above-captioned case. The Court previously dismissed the claims of the Plaintiffs who settled their claims with the Defendants with prejudice (D.E. 217) and dismissed the claims of the remaining opt-in Plaintiffs, who failed to respond to discovery without prejudice. *See* D.E. 25. Thus, the case can be administratively closed because there are no claims still pending before the Court.

                Respectfully submitted,

                **/s/ ANDREW FRISCH**
                Andrew Frisch, Esq.
                MORGAN & MORGAN, P.A.
                600 N. Pine Island Road, Suite 400
                Plantation, Florida 33324
                Telephone: (954) 318-0268
                Facsimile: (954) 327-3017
                E-mail: afrisch@forthepeople.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28<u>th</u> day of August, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ ANDREW FRISCH
Andrew Frisch